IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THE FAMILY BUSINESS, LLC,
d/b/a R Place on Park,
Roderick Flowers, Agent,

                               Plaintiff,                              ORDER

    v.

                                                           10-cv-785-wmc

CITY OF MADISON, WISCONSIN,
NOBLE WRAY, personally and in his official capacity as
Chief of Police of the City of Madison, Wisconsin,
CITY OF MADISON, WISCONSIN, JOSEPH BALLES,
Personally and in his official capacity as Police Captain for
the City of Madison, Wisconsin and MARIETH WITZEL-BEHL,
personally and in her official capacity as City Clerk for the
City of Madison, Wisconsin,

                            Defendants.

---

Anthony C. Delyea of Delyea Law Office, LLC has filed a motion for leave to withdraw as counsel for plaintiff The Family Business, LLC, d/b/a R Place on Park, Roderick Flowers, Agent in this matter. Dkt. #9. Before granting the motion, plaintiff will be given an opportunity to raise any objections to it and the grounds for their objections. In addition, the plaintiff business entity cannot prosecute its case in court without being represented by a lawyer. *United States v. Hagerman*, 545 F.3d 579, 581-82 (7th Cir. 2008).

Therefore, the court will reserve a ruling on the motion for leave to withdraw until

1

Copy of this document has been provided to: _____
this _____ day of _____ 20 11
by _____
M. Hardin, Secretary to
Judge William M. Conley

plaintiff has had an opportunity to advise the court whether it objects to the withdrawal of counsel and on what grounds or, alternatively, that it do not object and has either engaged new counsel or are in the process of doing so.   If plaintiff does not respond to this opportunity to be heard by May 6, 2011, an order will be entered granting the motion and directing The Family Business, LLC to indicate whether it intends to retain new counsel.

Entered this 26th day of April, 2011.

BY THE COURT:

WILLIAM M. CONLEY
District Judge