IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODERICK FLOWERS

    Plaintiff,

v.

CITY OF MADISON, WISCONSIN
NOBLE WRAY, Personally and in his official
capacity as Chief of Police,

CITY OF MADISON, WISCONSIN
JOSEPH BALLES, Personally and in his official
capacity as Police Captain,

CITY OF MADISON, WISCONSIN
MARIBETH WITZEL-BEHL, Personally and in
her official capacity as City Clerk,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-785-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants City of Madison, Wisconsin Chief of Police Noble Wray, Police Captain Joseph Balles and City Clerk Maribeth Witzel-Behl granting their motion for summary judgment on all claims and dismissing this case.

_Peter Oppeneer_       2/2/12
Peter Oppeneer, Clerk of Court      Date